# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Richard Stogsdill, Petitioner,

v.

South Carolina Department of Health and Human
Services, Respondent.

Appellate Case No. 2014-002513

———————

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———————

Appeal from the Administrative Law Court
Carolyn C. Matthews, Administrative Law Judge

———————

Opinion No. 27601
Heard November 17, 2015 – Filed January 20, 2016

———————

## DISMISSED AS IMPROVIDENTLY GRANTED

———————

Patricia Logan Harrison, of Columbia, for Petitioner.

Richard G. Hepfer, of Columbia, for Respondent.

Anna Maria Darwin and Sarah Garland St. Onge, both of
Columbia, for Amicus Curiae Protection and Advocacy
for People with Disabilities, Inc.; Andrew J. Atkins, of
Columbia, for Amicus Curiae South Carolina Chapter of

the National Academy of Elder Law Attorneys; and
Stephen Suggs, of Columbia, for Amicus Curiae South
Carolina Appleseed Legal Justice Center.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals'
decision in *Stogsdill v. South Carolina Department of Health and Human Services*,
410 S.C. 273, 763 S.E.2d 638 (Ct. App. 2014).  We now dismiss the writ as
improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice
James E. Moore, concur.**